An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| TIMOTHY WAYNE BOWMAN,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 61062<br><br>**FILED**<br><br>FEB 1 3 2013<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of robbery. Second Judicial District Court, Washoe County; David A. Hardy, Judge.

Appellant Timothy Wayne Bowman claims that the district court abused its discretion at sentencing by relying on impalpable or highly suspect evidence. Bowman specifically asserts that the district court improperly relied on the testimony of the owner of the store where the robbery occurred when imposing the sentence. We disagree.

During the sentencing hearing, the district court allowed the store owner to testify and, overruling Bowman's objection, allowed the owner to opine that Bowman should serve three years, even though the owner was not present at the time of the robbery. The district court judge imposed a prison term of 28-72 months, noting that although he struggled with the case, he could not "ignore the fairly significant and potentially lethal environment [Bowman] created" by bringing a loaded gun into a full store. Bowman has failed to demonstrate that the district court abused its discretion by allowing the owner to testify. See NRS 176.015(6). Bowman has also failed to demonstrate that the owner's testimony constituted impalpable or highly suspect evidence or that the district court's sentence

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 04704

was based <u>solely</u> on impalpable or highly suspect evidence. <u>See</u> <u>Denson v. State</u>, 112 Nev. 489, 492, 915 P.2d 284, 286 (1996). We conclude the district court did not abuse its discretion at sentencing, <u>see</u> <u>Houk v. State</u>, 103 Nev. 659, 664, 747 P.2d 1376, 1379 (1987), and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.          _____, J.
Parraguirre                          Cherry

cc:    Hon. David A. Hardy, District Judge
       Washoe County Public Defender
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk